NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

NICOLE BREWINGTON, DOC #978438,    )
                                   )
           Appellant,              )
                                   )
v.                                 )
                                   )    Case No. 2D18-151
STATE OF FLORIDA,                  )
                                   )
           Appellee.               )
_____)

Opinion filed August 3, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Lee County, Ramiro Mañalich, Judge.

Nicole Brewington, pro se.


PER CURIAM.


            Affirmed.


SILBERMAN, VILLANTI, and SLEET, JJ., Concur.